RAMONA MONAGAS DE COLÓN, Plaintiff and Appellee, v. MANUEL HEDILLA BLANCO, Defendant and Appellant.

No. 4982.   Argued February 21, 1930.—Decided April 24, 1930.

*F. Colón,* for appellant.   *R. Hernández Matos,* for appellee.

Mr. Justice Hutchison delivered the opinion of the court.

Plaintiff obtained a judgment for five hundred dollars, as the amount of a homestead exemption involved in the sale of certain property as the result of a mortgage foreclosure proceeding.

The first contention of appellant is that the district court erred in overruling a demurrer for want of facts sufficient to constitute a cause of action.   More specifically the objection is, first, that the complaint does not bring plaintiff within the scope of section one of the Homestead Law as ''a householder having a family'', and, second, that the alleged homestead is urban property.

Plaintiff does not sue as ''a householder having a family'', under section one of the law, but as a surviving spouse under section two.   The facts stated show that the property in question was impressed with the character of a homestead during the lifetime of the husband, and, upon his death, vested in the widow, plaintiff herein.   The law does not require that the surviving spouse shall be a ''householder having a family'', in order to retain the estate or to assert the right so acquired.   Nor does the law draw any distinction between urban and rural homesteads.   *Ubi lex non distinguit, nec nos distinguere debemus.*

The only other contention of appellant goes to the sufficiency of the evidence.   The argument is that plaintiff failed

to prove that she was a "householder having a family". There was no need of such proof.

The judgment appealed from must be affirmed.